UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:16-cv-00105-TBR

Electronically Filed

BRANDON R. BRUIN                                                                                      PLAINTIFF

v.           **DEFENDANT CHRISTOPHER SWANK'S
NOTICE TO THE COURT REGARDING WITNESSES**

CHRISTOPHER SWANK                                                                          DEFENDANT

……………………………………………………………………………………………

      Comes Defendant Christopher Swank, by counsel, and gives notice to the Court and Plaintiff Brandon Bruin as follows:

      1.    On April 6, 2022, Mr. Swank filed a Witness List that included former Kentucky Department of Corrections employee, Steven Ford (Mr. Ford). [*See* Witness List (DN 206), PageID #2310]

      2.    Mr. Swank has since reassessed the need/benefit of Mr. Ford as a witness and decided not to call him as a witness at the trial of this matter.

      Respectfully submitted,

/s/ *Richard D. Lilly*
Richard D. Lilly
Staff Attorney
Department of Corrections
Office of Legal Services
P.O. Box 2400
Frankfort, Kentucky 40602-2400
Phone: (502) 782-2299
Fax: (502) 564-5037
E-Mail:  richard.lilly@ky.gov

and

        /s/ *John Hamlet*
        John Hamlet
        Staff Attorney
        Department of Corrections
        Office of Legal Services
        P.O. Box 2400
        Frankfort, Kentucky 40602-2400
        Phone: (502) 782-5431
        Fax: (502) 564-5037
        E-Mail:  john.hamlet@ky.gov

        *Counsel for Defendant Christopher Swank*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 21, 2022, I electronically filed this document with the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I mailed a copy of the foregoing document via first-class United States mail, postage prepaid, to the following:

Brandon Bruin (# 240651)
Western Kentucky Correctional Complex
374 New Bethel Church Road
Fredonia, KY 42411

        */s/ Richard D. Lilly*
        Richard D. Lilly