**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:16-CV-105-TBR**

BRANDON R. BRUIN                                                                                       PLAINTIFF

V.                                                             **ORDER**

CHRISTOPHER SWANK, *et al.*                                                                     DEFENDANTS

This case is set for a jury trial on July 18, 2022. The facility that plaintiff Brandon R. Bruin is housed in contacted the Court that the facility is on lockdown due to Covid-19. No phone calls or transports out of the facility are permitted.

**IT IS ORDERED:**

1) The final pretrial conference set on 7/5/2022 and the jury trial set on 7/18/2022 are **CANCELLED/VACATED.** All deadlines are **vacated.**

2) **The Order and Writ Habeas Corpus Ad Testificandum at Docket #214 is now VACATED/CANCELLED**.

3) A **telephonic conference is set on August 19, 2022 at 9:30 a.m. Central.** Counsel, Defendant, Nathan DeBoe, and plaintiff Brandon R. Bruin must call **1-877-848-7030** then give the **Access Code 2523122 and #, then when prompted press # again** to join the call. The Court will check the status of the lockdown prior to the August 19 telephonic conference and will hold or cancel the call according to the status of lockdown.

4) Defendant, Nathan DeBoe, has failed to answer, but remains a party in this case. The Clerk is directed to mail a copy of this order to Mr. Deboe at the address listed in Docket #183. The Court orders Mr. Deboe to call the number listed in this order for the telephonic conference on August 19, 2022.

cc: counsel

**Mailed to:**
Brandon R. Bruin
240651
**WESTERN KENTUCKY CORRECTIONAL COMPLEX**
374 New Bethel Road
Fredonia KY   42411

**Mailed to Nathan DeBoe**

**Faxed and mailed to Warden**
    Western Kentucky Correctional Complex
    Warden: Bobbi Jo Butts
    374 New Bethel Road
    Fredonia, KY 42411
    (270-388-0031)

Thomas B. Russell, Senior Judge
United States District Court

June 22, 2022